AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bolton, Susan R. | U.S. District Court, Arizona | 04/19/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

401 W. Washington St., SPC 50
Suite 522
Phoenix, AZ 85003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Organizational Diagnostics LLC ( owned company) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989 | Arizona Elected Officials Retirement Plan (pension plan from prior employment as a state court judge) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/19/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Arizona Elected Officials Retirement Plan | $58,110.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Organizational Diagnostics, L.L.C. - earnings |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sonoma National Bank, CA | Mortgage on one-half interest in office codominium (Pt. VII line 12) | K |
| 2. | Merrill Lynch Single Premium Life | Cash value loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM common stock | B | Dividend | M | T | | | | | |
| 2. FIA Card Services | A | Interest | L | T | | | | | |
| 3. Bank of America | A | Interest | M | T | | | | | |
| 4. Merrill Lynch Single Premium Life-Insurance | | None | K | T | | | | | |
| 5. Philadelphia Life Insurance Company-Insurance | | None | K | T | | | | | |
| 6. U.S. Savings Bonds | | None | O | T | | | | | |
| 7. Virtus Balanced Fund | A | Dividend | K | T | | | | | |
| 8. MLF Retirement Plus-Annuity | | None | M | T | | | | | |
| 9. Transamerica Landmark Annuity | | None | L | T | | | | | |
| 10. Allianz Franklin-Annuity | | None | K | T | | | | | |
| 11. Nelson II Freeway Limited Partnership | | None | J | W | | | | | |
| 12. Office condo-1/2 Int-Phx,AZ ('94 60,000-'04 30,000) | D | Rent | M | R | | | | | |
| 13. Merrill Lynch Basic Retirement Plan-Profit Sharing | D | Dividend & I | O | T | | | | | |
| 14. --JPMorgan Chase CD | | | | | Buy | 04/04/11 | K | | |
| 15. --Discover Bank CD | | | | | Buy | 04/06/11 | J | | |
| 16. --Key Bank CD | | | | | Buy | 04/06/11 | J | | |
| 17. --GE Cap Retail Bank CD | | | | | Buy | 11/03/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --GE Money Bank CD | | | | | Redeemed | 03/18/11 | J | | |
| 19. --US Treasury Note | | | | | | | | | |
| 20. --US Treasury Inflation Notes (3) | | | | | | | | | |
| 21. --Citibank CD | | | | | | | | | |
| 22. --American Express Cent. Bank CD | | | | | | | | | |
| 23. --Capital One CD | | | | | | | | | |
| 24. --Capital One Bank CD | | | | | | | | | |
| 25. --BMW Bank CD | | | | | Redeemed | 08/01/11 | L | | |
| 26. Merrill Lynch Basic Retirement Plan-Money Purchase | D | Dividend & I | N | T | | | | | |
| 27. --Captial One Bank CD | | | | | Buy | 04/04/11 | J | | |
| 28. --GE Captial Financial CD | | | | | Buy | 04/04/11 | K | | |
| 29. --Discover Bank CD | | | | | Buy | 04/05/11 | J | | |
| 30. --BMW Bank CD | | | | | Buy | 04/04/11 | K | | |
| 31. --CIT Bank CD | | | | | Buy | 04/04/11 | K | | |
| 32. --Discover Bank CD | | | | | Buy | 04/01/11 | J | | |
| 33. --JP Morgan Chase CD | | | | | Buy | 04/04/11 | J | | |
| 34. --Discover Bank CD | | | | | Buy | 04/04/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --American Ex Centurian CD | | | | | Buy | 11/03/11 | L | | |
| 36. --Motorola Mobility (see Part VIII) | | | | | | | | | |
| 37. --Motorola Solutions (see Part VIII) | | | | | | | | | |
| 38. --GE Money Bank CD | | | | | Redeemed | 03/18/11 | J | | |
| 39. --Ally Bank CD | | | | | Redeemed | 04/14/11 | J | | |
| 40. --Carolina First Bank CD | | | | | Redeemed | 05/31/11 | L | | |
| 41. --Citibank CD | | | | | | | | | |
| 42. --US Treasury Inflation Notes (1 remains, 1 redeemed) | | | | | Redeemed (part) | 01/15/11 | K | | |
| 43. --Motorola common stock(See Part VIII) | | | | | | | | | |
| 44. --Vodafone common stock | | | | | | | | | |
| 45. --Capital One CD | | | | | | | | | |
| 46. --Blackrock Global | | | | | | | | | |
| 47. --US Treasury-zero coupon bond | | | | | Redeemed | 08/10/11 | J | | |
| 48. Merrill Lynch IRA | D | Dividend & I | N | T | | | | | |
| 49. --CIT Bank CD | | | | | Buy | 05/18/11 | J | | |
| 50. --BMW Bank CD | | | | | Buy | 05/18/11 | J | | |
| 51. --Sallie Mae Bank CD | | | | | Buy | 04/20/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --CIT Bank CD | | | | | Buy | 04/01/11 | K | | |
| 53. --GE Capital Financial CD | | | | | Buy | 05/18/11 | J | | |
| 54. --GE Captial Financial CD | | | | | Buy | 11/03/11 | K | | |
| 55. --American Express Bank CD | | | | | Redeemed | 03/11/11 | K | | |
| 56. --JPMorgan Chase Bank CD | | | | | Redeemed | 04/14/11 | J | | |
| 57. --Bank of America CD | | | | | Redeemed | 04/28/11 | J | | |
| 58. --Discover Bank CD (2) | | | | | Redeemed | 05/02/11 | J | | |
| 59. --Bank of America CD | | | | | Redeemed | 07/05/11 | J | | |
| 60. --US Treasury Inflation Note | | | | | | | | | |
| 61. --FIA Card Services NA | | | | | | | | | |
| 62. --US Treasury zero coupon bonds (2 remain, 1 redeemed) | | | | | Redeemed (part) | 08/15/11 | K | | |
| 63. --Pepsico common stock | | | | | | | | | |
| 64. --Yum Brands common stock | | | | | | | | | |
| 65. --Wal-Mart common stock | | | | | | | | | |
| 66. --Oppenheimer Income Trust mutual fund | | | | | | | | | |
| 67. --Goldman Sachs Bank CD | | | | | Redeemed | 10/11/11 | K | | |
| 68. --Capital One CD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Capital One Bank CD | | | | | | | | | |
| 70. Fidelity Equity Income Fund | A | Dividend | J | T | | | | | |
| 71. Fidelity Magellan mutual fund | A | Dividend | K | T | | | | | |
| 72. Fidelity Value mutual fund | A | Dividend | K | T | | | | | |
| 73. Fidelity Asset Manager mutual fund | A | Dividend | K | T | | | | | |
| 74. Fidelity Puritan mutual fund | A | Dividend | K | T | | | | | |
| 75. Janus Balanced mutual fund | A | Dividend | J | T | | | | | |
| 76. Vanguard Growth Index Fund | A | Dividend | J | T | | | | | |
| 77. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 78. Vanguard Prime Cap Fund | A | Dividend | J | T | | | | | |
| 79. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | | | | | |
| 80. Vanguard IRA | A | Dividend & I | J | T | | | | | |
| 81. --Total Stock Market Index Fund | | | | | | | | | |
| 82. --Growth Index Fund | | | | | | | | | |
| 83. Vanguard IRA | A | Dividend | J | T | | | | | |
| 84. --Total Stock Market Fund | | | | | | | | | |
| 85. Gilbert AZ Public Facility Muni Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Merrillville IN Muni Bond zero coupon | | | | | Redeemed | 07/15/11 | K | | |
| 87. Illinois DFA zero coupon Muni Bond | | None | L | T | | | | | |
| 88. ____ Oroville, CA (1972, $5,000) | | None | J | R | | | | | |
| 89. Arizona Elected Officials Retirement Plan | F | pension | M | T | | | | | |
| 90. Arizona State Retirement System | | None | M | T | | | | | |
| 91. Keyport Keyannuity | | None | M | T | | | | | |
| 92. Keyport Keyannuity | | None | L | T | | | | | |
| 93. Merrill Lynch IRA (SRB) | D | Dividend & I | N | T | | | | | |
| 94. --JPMorgan Chase CD | | | | | Buy | 04/04/11 | K | | |
| 95. --BMO Harris Bank CD | | | | | Buy | 04/06/11 | J | | |
| 96. --Capital One CD | | | | | Buy | 04/06/11 | J | | |
| 97. --Sallie Mae Bank CD | | | | | Buy | 04/20/11 | J | | |
| 98. --Goldman Sachs Bank CD | | | | | Buy | 11/03/11 | K | | |
| 99. --American Express Bank CD | | | | | Redeemed | 03/11/11 | J | | |
| 100. --North America SB CD | | | | | Redeemed | 01/28/11 | J | | |
| 101. --Beal Bank CD | | | | | Redeemed | 02/23/11 | J | | |
| 102. --BMW Bank CD | | | | | Redeemed | 02/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Bank of America CD | | | | | Redeemed | 07/29/11 | K | | |
| 104. --Discover Bank CD | | | | | Redeemed | 11/21/11 | K | | |
| 105. --US Treasury Inflation Note | | | | | | | | | |
| 106. --FIA Card Services NA | | | | | | | | | |
| 107. --US Treasury zero coupon bonds (2 remain, 1 redeemed) | | | | | Redeemed (part) | 08/15/11 | K | | |
| 108. --Huntington National Bank CD | | | | | | | | | |
| 109. --Pepsico common stock | | | | | | | | | |
| 110. --Yum Brands common stock | | | | | | | | | |
| 111. --Oppenheimer Income Trust mutual fund | | | | | | | | | |
| 112. --Capital One CD | | | | | | | | | |
| 113. Mid-First Bank CD (2) | A | Interest | L | T | | | | | |
| 114. U.S. Savings Bonds | | None | K | T | | | | | |
| 115. U.S. Savings Bonds | | None | K | T | | | | | |
| 116. US Savings Bonds | | None | K | T | | | | | |
| 117. Bank of America Dep Account Preferred | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/19/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On January 4, 2011 Mororola common stock (Partk VII, line 43) was exchanged by the company for shares in Motorola Solutions, Inc. (Part VII, line 36) and Motorola Mobility (Part VII, line 37).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan R. Bolton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544